IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD LEE HOOFARD and MAUREEN MCCORMICK HOOFARD, <br><br> Plaintiffs, <br> v. <br><br> U.S. BANK, NA, and OCWEN LOAN SERVICING, LLC <br><br> Defendants. | § § § § § § § § § § § § | CASE NO. 3:15-CV-1083-M-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiffs filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiffs' case is **DISMISSED WITHOUT PREJUDICE.**

SO ORDERED this 25 day of July, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE